**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1221**

JAMES RIVER EQUIPMENT, VIRGINIA, LLC, a Virginia Limited Liability
Company,

Plaintiff - Appellee,

v.

JUSTICE ENERGY COMPANY INC., a West Virginia Corporation,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia,
at Beckley.  Irene C. Berger, District Judge.  (5:13-cv-28160)

Submitted: July 31, 2018                    Decided:  August 17, 2018

Before WILKINSON, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John F. Hussell, IV, Andrew L. Ellis, WOOTON, DAVIS, HUSSELL & ELLIS, PLLC,
Charleston, West Virginia, for Appellant.  Jason S. Hammond, BAILEY & WYANT,
PLLC, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justice Energy Company, Inc., appeals the district court's orders imposing civil contempt fines, denying reconsideration, and dismissing the action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See James River Equip., Va., LLC v. Justice Energy Co. Inc.*, No. 5:13-cv-28160 (S.D.W. Va. Jan. 29, 2018; Aug. 4, 2016; Feb. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*